

# NUMBER 13-26-00348-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KEVIN CERDA,                                                                                Appellant,

v.

CHAD MCWHORTER,                                                                      Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Justice Silva**

On April 30, 2026, appellant Kevin Cerda filed a pro se notice of appeal regarding a judgment of eviction rendered in trial court cause number 2026-CCV-60317-5 in the County Court at Law Number 5 of Nueces County, Texas. On May 4, 2026, the Clerk of the Court notified appellant that his notice of appeal failed to comply with the appellate

rules in several respects and requested appellant to file an amended notice of appeal within thirty days. *See* TEX. R. APP. P. 9.1, 9.5, 25.1(d) (1), (2), (3), (4), (5), (8), 25.1(e). The Clerk also requested appellant to pay the $205.00 filing fee for the notice of appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE § 51.207 (delineating the required fees and costs in an appellate court).

On June 9, 2026, the Clerk notified appellant that he was delinquent in submitting the filing fee for the appeal and informed him that the appeal would be dismissed if the filing fee was not paid within ten days from the date of the notice. *See* TEX. R. APP. P. 42.3(c). On June 24, 2026, the Clerk again advised appellant that his notice of appeal failed to comply with the appellate rules, requested correction of the defects, and informed appellant that the appeal would be dismissed if the defects were not corrected within ten days. *See id.* R. 42.3. To date, appellant has not filed a corrected notice of appeal, paid the filing fee for the notice of appeal, or otherwise responded to the Clerk's notices.

The Court, having examined and fully considered the foregoing events, is of the opinion that this appeal should be dismissed. Specifically, this Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not corrected

2

the defects in his notice of appeal, paid the appellate filing fee, or responded to the Clerk's directives. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
6th day of August, 2026.